# EXHIBIT 1

**AGREED CLAIM CONSTRUCTIONS**

| Patent No. (Claim No.) | Claim Term | Agreed Construction |
|---|---|---|
| **6,816,464 (claim 1)** | "user" | Plain and ordinary meaning |
| **6,816,464 (claim 1)** | "said quality measurement packets" | Plain and ordinary meaning |
| **RE44,818 (claims 1, 17, 30, 32, 33, 37, 38)** | "enforc[e/ing] . . ."; "receiv[e/ing] . . ."; "classify[ing] . . ."; "compar[e/ing] . . ."; "forward[ing] . . ."; and "buffer[ing] . . ." | Plain and ordinary meaning |
| **RE44,818 (claims 1, 17, 30, 32)** | "maintaining a connection over a network fabric" | Plain and ordinary meaning |
| **RE44,818 (claims 1, 17, 30, 32)** | "virtual storage network interface layer of an application server"/"virtual interface layer of an application server" | Plain and ordinary meaning |
| **RE44,818 (claim 17)** | "one or more input/output virtualization modules comprising computer-readable instructions operative to cause the one or more processors to: maintain a connection, over a network fabric, to a virtual network interface layer of an application server, wherein the virtual storage network interface layer is associated with a virtual storage node identifier" | Plain and ordinary meaning |
| **RE44,818 (claim 17)** | " one or more input/output virtualization modules comprising computer-readable instructions operative to cause the one or more processors to: [. . .] present, at a physical storage network interface, the virtual storage node identifier to a storage area network" | Plain and ordinary meaning |
| **RE44,818 (claim 17)** | "one or more input/output virtualization modules comprising computer-readable instructions operative to cause the one or more processors to: [. . . ] enforce a hierarchical token bucket resource allocation of bandwidth across the physical storage network interface" | Plain and ordinary meaning |

| Patent No. (Claim No.) | Claim Term | Agreed Construction |
|---|---|---|
| **RE44,818 (claim 17)** | "one or more input/output virtualization modules comprising computer-readable instructions operative to cause the one or more processors to: [ . . . ] receive, over the connection, a storage command from the virtual storage network interface layer of the application server, wherein the storage command is a command to read data from, or write data to, a target connected to the storage area network" | Plain and ordinary meaning |
| **RE44,818 (claim 17)** | "one or more input/output virtualization modules comprising computer-readable instructions operative to cause the one or more processors to: [ . . . ] determine a data transfer size associated with the storage command" | Plain and ordinary meaning |
| **RE44,818 (claim 17)** | "one or more input/output virtualization modules comprising computer-readable instructions operative to cause the one or more processors to: [ . . . ] classify the storage command relative to the hierarchical token bucket resource allocation to determine a current amount of tokens available" | Plain and ordinary meaning |
| **RE44,818 (claim 17)** | "one or more input/output virtualization modules comprising computer-readable instructions operative to cause the one or more processors to: [ . . . ] compare the data transfer size of the storage command to the current amount of tokens available" | Plain and ordinary meaning |
| **RE44,818 (claim 17)** | "one or more input/output virtualization modules comprising computer-readable instructions operative to cause the one or more processors to: [ . . . ] process the storage command if the current amount of tokens available is sufficient" | Plain and ordinary meaning |
| **RE44,818 (claim 17)** | "one or more input/output virtualization modules comprising computer-readable instructions operative to cause the one or more processors to: [ . . . ] forward the data associated with the storage command to the data's destination" | Plain and ordinary meaning |
| **RE44,818 (claim 17)** | "one or more input/output virtualization modules comprising computer-readable instructions operative to cause the one or more processors to: [ . . . ] buffer the storage command in the memory, if the current amount of tokens available is insufficient" | Plain and ordinary meaning |