**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| Intellectual Ventures I LLC and <br> Intellectual Ventures II LLC, <br><br> Plaintiff, <br><br> v. <br><br> Hewlett Packard Enterprise Co., <br><br> Defendant. | Civil Action No. 6:21-cv-226 <br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF *INTER PARTES* REVIEW**

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("IV" or "Plaintiffs") hereby notify the Court that a Petition for *inter partes* review ("IPR") on U.S. Patent 8,725,132 has been filed in the United States Patent and Trademark Office before the Patent Trial and Appeal Board ("PTAB"), styled *Hewlett Packard Enterprise Company v. Intellectual Ventures II LLC, Patent Owner,* Case IPR2021-01376.

The Petition has officially been accorded a filing date by the PTAB of September 13, 2021.

IV's Preliminary Response to the Petition is due by December 13, 2021.

The PTAB should decide whether or not to institute an IPR by March 13, 2022.

If the PTAB institutes an IPR, a final written decision would be expected within one year of that date or March 13, 2023.

A Petition for *inter partes* review ("IPR") on U.S. Patent 6,816,464 has been filed in the United States Patent and Trademark Office before the Patent Trial and Appeal Board ("PTAB), styled *Hewlett Packard Enterprise Company v. Intellectual Ventures II LLC, Patent Owner,* Case IPR2021-01378.

The Petition has officially been accorded a filing date by the PTAB of September 16, 2021.

IV's Preliminary Response to the Petition is due by December 16, 2021.

The PTAB should decide whether or not to institute an IPR by March 16, 2022.

If the PTAB institutes an IPR, a final written decision would be expected within one year of that date or March 16, 2023.

A Petition for *inter partes* review ("IPR") on U.S. Patent 8,023,991 was filed on September 30, 2021, in the United States Patent and Trademark Office before the Patent Trial and Appeal Board ("PTAB), styled *Hewlett Packard Enterprise Company v. Intellectual Ventures II LLC, Patent Owner,* Case IPR2021-01377.

The Petition has not officially been accorded a filing date by the PTAB.

IV does not have an official Preliminary Response due date, but IV anticipates that it will be due on or around December 30, 2021.

The PTAB should decide whether or not to institute an IPR within three months of IV's submission of its Preliminary Response.

If the PTAB institutes an IPR, a final written decision would be expected within one year of that date.

Dated: October 8, 2021.                    Respectfully submitted,

*/s/ Derek Gilliland*
**DEREK GILLILAND**
STATE BAR NO. 24007239
**SOREY & GILLILAND LLP**
133 E. Tyler St.
Longview, Texas 75601
903.230.5600 (telephone)
903.230.5656 (facsimile)
derek@soreylaw.com

OF COUNSEL:

Paul J. Hayes
phayes@princelobel.com
Matthew Vella
mvella@princelobel.com
Robert R. Gilman
rgilman@princelobel.com
Jonathan DeBlois
jdeblois@princelobel.com
Thomas Fulford
tfulford@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100

*COUNSEL for PLAINTIFFS*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record via the Court's CM/ECF service on this 8th day of October, 2021.

    */s/ Derek Gilliland*
Derek Gilliland